1446

# MOTION DOCKET

**86–512.  State v. Byrd.**
Hamilton App. No. C–830676. By entry filed January 11, 2002, this court ordered that appellant's sentence be carried into execution on Tuesday, the 19th day of February, 2002. In order to facilitate this court's timely consideration of any matters relating to the execution of appellant's sentence,

IT IS ORDERED by the court that service of documents filed in this court as required by S.Ct.Prac.R. XIV(2) shall be personal or by facsimile transmission.

IT IS FURTHER ORDERED by the court that counsel of record for the parties shall supply this court with a copy of any document relating to this matter that is filed in, or issued by, any other court in this state or any federal court, as well as any commutation, pardon, or warrant of reprieve issued by the Governor. A copy of the document shall be delivered to the Office of the Clerk as soon as possible, either personally or by facsimile transmission.

**01–1176.  State ex rel. Kim v. Wachenschwanz.**
In Mandamus. This cause came on for further consideration upon relator's bill and documentation in support of attorney fees. Upon consideration thereof,

IT IS ORDERED by the court that relator be awarded attorney fees in the amount of $2,887.50.

**01–2082.  State ex rel. Chagrin Falls v. Geauga Cty. Bd. of Commrs.**
Geauga App. No. 2001–G–2384. This cause was filed as a discretionary appeal and claimed appeal as of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and therefore should proceed as an appeal as of right pursuant to S.Ct.Prac.R. II(1)(A)(1).

IT IS ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Geauga County and the parties shall proceed in accordance with S.Ct.Prac.R. VI.